# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: M.D.O., A MINOR

PETITION OF: S.B., MOTHER

: No. 155 MM 2019
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of January, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner has 30 days in which to file her Petition for Allowance of Appeal.